United States District Court
Southern District of Texas
**ENTERED**
January 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ZOILO MARTINEZ | X |
| | X |
| *Plaintiff,* | X |
| | X |
| | X   CIVIL ACTION NO.: 4:20-cv-00740 |
| | X |
| ANDREW SAUL, | X |
| COMMISSIONER OF THE SOCIAL | X |
| SECURITY ADMINISTRATION, | X |
| | X |
| *Defendant.* | X |

### ORDER

Plaintiff's Enlargement of Time to file his Motion for Summary Judgment Brief and/or their response is granted.

It is further ordered that Plaintiff's Motion for Summary Judgment shall be filed on or before January 29, 2021.

DATE: January 4, 2021

_____
**Sam Sheldon**
**United States Magistrate Judge**